MELINDA HAAG
United States Attorney

MIRANDA KANE
Chief, Criminal Division

THOMAS M. NEWMAN
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6888

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> KENESTTA JOHNSON, ) <br> ) <br>     Defendant. ) <br> ) | No. CR-11-318-CRB <br><br> STIPULATION TO CONTINUE SENTENCING |

This matter is set for a sentencing hearing on April 18, 2012, at 2:00 pm. The parties stipulated to continue sentencing until June 6, 2012, at 2:15 pm. The parties jointly request this continuance because defense counsel is preparing for trial that is set to commence on April 18 or 19. For that reason, the parties request that sentencing be continued until June 6, 2012, at 2:15 pm.

                                            Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


Dated: <u>April 11, 2012</u>               <u>*/s/Thomas M. Newman*</u>
                                            THOMAS M. NEWMAN
                                            Assistant United States Attorney
                                            Tax Division

*Stipulation to Continue*
*Case No. 11-cr-318-CRB*

| 1 | Dated: <u>April 11, 2012</u> |           /s/ |

Dated: April 11, 2012

        /s/
ROBERT HELFEND
Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 12, 2012

_____
CHARLES R. BREYER
United States District Judge

*Stipulation to Continue*
*Case No. 11-cr-318-CRB*         2